# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

WEST WIND AIR LLC, d/b/a ChrisAir                          PLAINTIFF

v.                              No. 5:16-cv-274-DPM

THRUSH AIRCRAFT INC.                                       DEFENDANT

## ORDER

Thrush's unopposed motion to file a third-party complaint, № 49, is granted. Its motion to amend its answer, № 46, is partly granted and partly denied. Bringing the third parties in moots Thrush's request for a declaration that it has the right to an allocation of fault that includes non-parties. If one or more of the potentially responsible parties cannot be joined, Thrush has given notice and preserved its right to request the allocation. The Court will wrestle with that issue, if need be, in pre-trial proceedings.

Please file clean copies of the amended answer and third-party complaint by 21 August 2017. Thrush's status report, № 50, is noted and appreciated. The addition of these new parties necessitates a continuance. An Amended Final Scheduling Order will issue.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 August 2017