UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WEST WIND AIR, LLC, d/b/a CHRISAIR**                          **PLAINTIFF**

vs.                              **CASE NO. 5:16-CV-0274 DPM**

**THRUSH AIRCRAFT, INC.**                                       **DEFENDANT**

**THRUSH AIRCRAFT, INC.**                              **THIRD-PARTY PLAINTIFF**

vs.

**PRATT & WHITNEY CANADA CORP.;**               **THIRD-PARTY DEFENDANTS**
**WOODWARD, INC.; PLANESMART AIRCRAFT**
**SERVICES, LLC;** and **THE ESTATE OF**
**DONALD SCOTT BROWN**

## STATUS REPORT

Plaintiff West Wind Air, LLC d/b/a ChrisAir (ChrisAir), Defendant/Third-Party Plaintiff Thrush Aircraft, Inc. (Thrush), Third-Party Defendant Pratt & Whitney Canada Corp. (PWC), Third-Party Defendant Woodward, Inc., specially appearing and maintaining its personal jurisdiction challenge (Woodward), Third-Party Defendant Planesmart Aircraft Services (Planesmart), and Third-Party Defendant Estate of Donald Scott Brown (Brown), through counsel, submit the following Status Report in an effort to comply with the Court's Amended Final Scheduling Order, *ECF No. 77*.

### I. Relevant Summary of Proceedings

The procedural background of this litigation from its inception through July 31, 2017,[1] is summarized in Thrush's Status Report dated August 8, 2017. *See ECF No. 50*. On August 12, 2017, the Court entered an Order (*ECF No. 51*) granting Thrush's Unopposed Motion for Leave

---

[1] As relevant here, Thrush timely filed its unopposed Motion for Leave to File Amended Answer and for a Declaration of Rights for Allocation of Fault on July 28, 2017, and its Unopposed Motion for Leave to File Third-Party Complaint on July 31, 2017. *ECF Nos. 46 & 49.*

1

234069

to File Third-Party Complaint. In that Order, the Court partly granted and partly denied Thrush's Unopposed Motion for Leave to File Amended Answer and for a Declaration of Rights for Allocation of Fault. The Court specifically held that "[b]ringing the third parties in moots Thrush's request for a declaration that it has the right to an allocation of fault that includes non-parties. If one or more of the potentially responsible parties cannot be joined, Thrush has given notice and preserved its rights to request the allocation." Thereafter, on August 17 and 18, 2017, respectively, Thrush filed its Third-Party Complaint (*ECF No. 52*) and its Amended Answer (*ECF No. 53*). On September 29, 2017, Planesmart and Brown filed their Answers to the Third-Party Complaint. *ECF Nos. 69 & 70*. On October 9, 2017, Woodward filed its Motion to Dismiss for Lack of Personal Jurisdiction. *ECF No. 72*. Thrush filed its Response to Woodward's Motion on October 19, 2017. *ECF No. 75*. On October 27, 2017, with leave of the Court, Woodward filed its Reply in support of its Motion. *ECF No. 78.*

On October 23, 2017, PWC filed its Answer and Affirmative Defenses to Thrush's Third-Party Complaint. *ECF No. 76*. On November 13, PWC filed its First Amended Answer to the Third-Party Complaint and additionally asserted a Cross-Claim against Woodward. *ECF No. 80*. On December 1, 2017, Woodward filed a Motion to Dismiss PWC's Cross-Claim. *ECF No. 81*. On January 4, 2018 PWC filed its response to this Motion wherein PWC reiterated its right to pursue its personal jurisdiction defense preserved in its Answer. *ECF No. 85*.

## II. Status of Discovery

Discovery is ongoing, but—since the addition of the Third-Party Defendants in this litigation—no discovery requests have been exchanged. The discovery cut-off is scheduled for June 29, 2018. Should the Third-Party Defendants remain in this litigation upon resolution of

jurisdictional motions, the parties anticipate moving for an extension of the current discovery cut-off to afford the Third-Party Defendants an opportunity to conduct meaningful discovery.

### III.  Settlement Prospects

To date, no demand has been issued or requested by any party. Settlement appears unlikely at this time.

### IV.  Items Requiring the Court's Attention

As stated in Part I, *supra*, Woodward's Motion to Dismiss the Third-Party Complaint (*ECF No. 75*) and its Motion to Dismiss PWC's Cross-Claim (*ECF No. 80*) are pending before the Court and are now ripe for review.

Respectfully submitted this 8th day of February, 2018.

| **COUNSEL FOR CHRISAIR** | **COUNSEL FOR THRUSH** |
|---|---|
| By:*/s/ Nolan E. Awbrey* | By:*/s/ Abtin Mehdizadegan* |
| Nolan E. Awbrey (AWB0001) | M. Stephen Bingham, Ark. Bar No. 83023 |
| Awbrey Law | Abtin Mehdizadegan, Ark. Bar No. 2013136 |
| 2 North 20th Street, Ste. 950 | **CROSS, GUNTER, WITHERSPOON** |
| Birmingham, AL 35208 | **& GALCHUS, P.C.** |
| nolan@awbreylaw.com | 500 President Clinton Avenue, Suite 200 |
| - AND - | Little Rock AR 72201 |
| James T. Thompson, Jr. (THO014) | TEL: (501) 371-9999 /FAX: (501) 371-0035 |
| 2025 3rd Ave. North, Ste. 216 | sbingham@cgwg.com | abtin@cgwg.com |
| Birmingham, AL 35203 | - AND - |
| jt@jimthompsonlaw.com | Fred C. Begy III |
| - AND – | **LAW OFFICES OF FRED C. BEGY III,** |
| Robert G. Bridewell (Ark. Bar No. 80018) | **P.C.** |
| P.O. Box 391 | 200 N. LaSalle Street, Suite 2810 |
| 118 North Court Street | Chicago, IL 60601 |
| Lake Village, AR  71653 | TEL: (312) 236-0708 |
| bridgewellattorneys@sbcglobal.net | fbegy@fredbegylaw.com |
| **COUNSEL FOR PWC** | **COUNSEL FOR WOODWARD** |
| By:*/s/ Baxter D. Drennon* | By:*/s/ Gail Ponder Gaines* |
| Baxter D. Drennon, Ark. Bar 2010147 | Gail Ponder Gaines, Ark. Bar 86144 |
| **WRIGHT, LINDSEY & JENNINGS, LLP** | Michael E. Hale, Ark. Bar 68021 |
| 200 West Capitol Ave., Suite 2300 | **BARBER LAW FIRM PLLC** |

3

234069

| | |
|---|---|
| Little Rock, AR 72201 | 425 W. Capitol, Suite 3400 |
| Tel: (501) 371-0808 | Little Rock, AR 72201 |
| Fax: (501) 376-9442 | ggaines@barberlawfirm.com |
| bdrennon@wlj.com | mhale@barberlafirm.com |
| | (501) 372-6175/(501) 375-2802 (Fax) |

**COUNSEL FOR PLANESMART & BROWN**

By:*/s/ Patrick J. Goss*
Patrick J. Goss, Ark. Bar. 73042
**ROSE LAW FIRM, P.A.**
120 East Fourth Street
Little Rock, AR 72201
Tel: (501) 377-0307
Fax: (501) 375-1309
pgoss@roselawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following attorneys of record:

| | | |
|---|---|---|
| Robert G. Bridewell | Nolan E. Awbrey | James T. Thompson, Jr. |
| P.O. Box 391 | Awbrey Law | 2025 3rd Ave. North, Ste. 216 |
| 118 North Court Street | 2 North 20th Street, Ste. 950 | Birmingham, AL 35203 |
| Lake Village, AR  71653 | Birmingham, AL 35208 | |
| | | |
| Patrick J. Goss | Baxter D. Drennon | Gail Ponder Gaines |
| ROSE LAW FIRM, P.A. | WRIGHT, LINDSEY & JENNINGS, LLP | Michael E. Hale |
| 120 East Fourth Street | | BARBER LAW FIRM PLLC |
| Little Rock, AR 72201 | 200 West Capitol Ave., Suite 2300 | 425 W. Capitol, Suite 3400 |
| | Little Rock, AR 72201 | Little Rock, AR 72201 |

*/s/ Abtin Mehdizadegan*
Abtin Mehdizadegan

234069