# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**WEST WIND AIR LLC d/b/a CHRISAIR**                              **PLAINTIFF**

Vs.                    CASE NO. 5:16-cv-274-DPM

**THRUSH AIRCRAFT, INC.**                              **DEFENDANT/THIRD-**
                                                               **PARTY PLAINTIFF**

Vs.

**PRATT & WHITNEY CANADA CORP.;**
**PLANESMART AIRCRAFT SERVICES LLC;**
**and ESTATE OF DONALD SCOTT BROWN, Deceased**        **THIRD-PARTY**
                                                               **DEFENDANTS**

### SUBSTITUTED STATEMENT OF UNDISPUTED FACTS IN SUPPORT MOTION FOR SUMMARY JUDGMENT OF THE ESTATE OF DONALD SCOTT BROWN, DECEASED AND PLANESMART AIRCRAFT SERVICES, LLC

### UNDISPUTED FACTS

1. PlaneSmart Aircraft Services, LLC ("Planesmart") and its mechanics, including Donald Scott Brown, did 100-hour inspections of the aircraft involved in the accident. (Doc. 116-1, pages 1-20, PlaneSmart's file on inspections; Doc. 116-2, pages 14, 18, report of movant's expert Steve Magginetti).

2. PlaneSmart and its mechanics followed the inspection checklist at Thrush Aircraft, Inc. ("Thrush"), the manufacturer of the aircraft. (Doc. 116-2, pages 14, 15, 17-18, report of Steven Magginetti).

3. Thrush's inspection checklist did not direct inspection of the beta valve. (Doc. 116-2, deposition testimony of the plaintiff's expert Arthur Lee Coffman, page 3; Doc. 116-2, report of Steve Magginetti, page 18)

4. The experts for the plaintiff and Thrush do not criticize the inspections by PlaneSmart. (Doc. 116-2, pages 4-5, report of Thrush's expert James P. Peleck; Doc. 116-2, pages 6-8, report of Thrush's expert Thomas J. McCreary; Doc. 116-2, pages 9-11, report of Thrush's experts Steven L. Morris and Robert C. Winn; Doc. 116-2, page 3, deposition testimony of plaintiff's expert Arthur Lee Coffman).

5. Planesmart performed the inspection properly. (Doc. 116-2, page 18, report of Steve Magginetti).

6. PlaneSmart was not guilty of fault that contributed to causing the accident. (There was no criticism of PlaneSmart by the experts for the Plaintiff and Thrush, see Fact 5, b. Doc. 116-2, page 18, report of movant's expert Steve Magginetti).

/s/ Patrick J. Goss
Bar Number 73042
Attorney for PlaneSmart Aircraft Services, LLC
Rose Law Firm
120 East Fourth Street
Little Rock, AR  72201
Telephone:  (501) 375-9131
E-mail:  pgoss@roselawfirm.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on July 31, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following attorneys of record:

Robert G. Bridewell
Robert G. Bridewell PLC
P. O. Box 391
Lake Village, AR  71653-0391
bridewellattorneys@sbcglobal.net

James J. Thompson, Jr.
Attorney at Law
2025 Third Avenue North, Suite 216
Birmingham, AL  35203
jt@jimthompsonlaw.com

Nolan E. Awbrey
Awbrey Law Firm
2 North 20th St., Suite 950
Birmingham, AL  35203
nolan@awbreylaw.com

Fred C. Begy, III
Law Offices of Fred C. Begy III, P.C.
200 N. LaSalle Street, Suite 2810
Chicago, IL  60601
fbegy@fredbegylaw.com

Stephen Bingham
Abtin Mehdizadegan
Cross Gunter Witherspoon & Galchus, P.C.
P. O. Box 3178
Little Rock, AR  72203-3178
sbingham@cgwg.com
abtin@cgwg.com

Baxter D. Drennon
Wright Lindsey & Jennings
200 W. Capitol Avenue, Suite 2300
Little Rock, AR  72201-3699
bdrennon@wlj.com

        /s/ Patrick J. Goss
        Bar Number 73042
        Attorney for Planesmart Aircraft Services, LLC
        120 East Fourth Street
        Little Rock, AR  72201
        Telephone:  (501) 375-9131
        E-mail:  pgoss@roselawfirm.com

725411-1