# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

| | |
|---|---|
| WEST WIND AIR LLC, d/b/a CHRISAIR | PLAINTIFF |
| v. No. 5:16-cv-274-DPM | |
| THRUSH AIRCRAFT, INC. | DEFENDANT/THIRD-PARTY PLAINTIFF |
| v. | |
| PRATT & WHITNEY CANADA CORP.; WOODWARD, INC.; PLANESMART AIRCRAFT SERVICES LLC; and, ESTATE OF DONALD SCOTT BROWN | THIRD PARTY DEFENDANTS |
| PRATT & WHITNEY CANADA CORP. | CROSS-CLAIMANT |
| v. | |
| WOODWARD, INC. | CROSS-DEFENDANT |

## JUDGMENT

1. Pratt & Whitney Canada Corporation's cross-claim against Woodward, Inc., and Thrush Aircraft, Inc.'s third-party claim against Woodward, are dismissed without prejudice for lack of personal jurisdiction.

2. Thrush's third-party claim against the Estate of Donald Scott Brown is dismissed without prejudice for lack of personal jurisdiction.

3. Thrush's third-party claim against Pratt & Whitney Canada is dismissed without prejudice for a lack of personal jurisdiction.

4. All of West Wind Air LLC's claims against Thrush Aircraft are dismissed with prejudice based on these parties' settlement.

5. Thrush's third-party claim against Planesmart Aircraft Services LLC is dismissed without prejudice as moot.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2018